UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21531-CIV-MORENO

CARL WOLF,

    Plaintiff,

vs.

PACIFIC NATIONAL BANK, N.A.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendant's Rule 41(D) Motion for a Stay of Proceedings Pending Payment of Costs and Fees **(D.E. No. 8)**, filed on **June 24, 2009**. Plaintiff previously filed and dismissed a state court action in Miami-Dade County, Florida "based on or including the same claim against the same defendant" as appears on the face of the Complaint in this case. Fed. R. Civ. P. 41(d).

The Court finds its discretion under Rule 41(d) encompasses scenarios in which the original action was filed and dismissed in state court. *Cadle Company v. Harold R. Beury, et al.*, 242 F.R.D. 695 (2007). The Court also finds it "proper" for Plaintiff to "pay a substantial portion of [Defendant's] costs of defending the nullified" state court action before proceeding in this Court. *Id.* at 697. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant shall file an affidavit by **August 24, 2009** indicating the amount of costs due from Plaintiff.

(2)     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(3)     The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition. In particular, the Court will reopen this case once Plaintiff has paid Defendant its costs from this matter.

(4)     This order shall not prejudice the rights of the parties to this litigation.

(5)     Plaintiff SHALL notify the Court by **November 2, 2009** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this __10__ day of August, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record