# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 09-CV-21531-FAM

CARL WOLF,
      **Plaintiff**

      v.

PACIFIC NATIONAL BANK,
      **Defendant.**

_____/

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF REQUEST FOR COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(D)

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) ss: |
| COUNTY OF MIAMI-DADE | ) |

BEFORE ME, the undersigned authority, personally appeared Mark F. Raymond, Esq., President of Mark F. Raymond, P.A., after being first duly sworn deposes and states:

1.    I am a member of the Florida Bar in good standing, and was admitted to the Florida Bar and the Bar of the Southern District of Florida in 1983. I am the managing partner with the law firm of Broad and Cassel (the "Firm") and am one of the attorneys who performed services on behalf of the defendant, Pacific National Bank ("Pacific"), in this action. I make this affidavit upon my own personal knowledge.

2.    The Firm has been counsel of record to Pacific National Bank in connection with its defense of Carl Wolf's lawsuit seeking post-termination payments since its inception in 2008 (the "Wolf Action"). The Firm renders legal services to Pacific based upon an agreement that



**EXHIBIT**

**A**

tabbies®

provides for services to be rendered by attorneys at the following hourly rates: $240.00 for Jeffrey Geldens, Esq; $395 for Daniel S. Newman, Esq.; $475.00 for Mark F. Raymond, Esq.; and $320.00 for Thomas J. Rebull, Esq. As necessary, paralegals Patricia Anzalone and Junelle Rodriguez render services in conjunction with the above attorneys for Pacific's benefit in the Wolf Action, and their services are billed to Pacific at a rate of $160.00 and $155.00 per hour, respectively. The Firm bills Pacific monthly, based upon invoices generated from each timekeeper's records, which the Firm's policy mandates be entered daily.

3.     In connection with my capacity as managing partner of the Firm, as well as the Firm's assigned billing attorney for the Wolf Action, I reviewed and confirmed the accuracy of the invoices for the Firm's services and expenses at the time they were submitted to Pacific. The attached invoices are true and correct copies of the invoices submitted to Pacific for the Wolf Action. The invoices have been redacted, in part, to preserve client confidences. The Firm maintains un-redacted copies of the invoices, which can be produced for *in camera* review if necessary for the Court's analysis.

4.     As reflected on the attached invoices, Broad and Cassel has performed legal services in this action, in furtherance of its defense of Miami-Dade County Circuit Court Case No. 08-65973 CA 32, the version of the Wolf Action which was voluntarily dismissed by Wolf in order to initiate this action. Our services were as follows:

(a)     Oral and written conferences with the client and opposing counsel;
(b)     Research, analysis, and conferences relevant to protection of confidential banking information;
(c)     Review of documents and authority relevant to discovery requests from the Plaintiff, and preparation of appropriate objections to discovery;
(d)     Research and preparation of two motions to dismiss;
(e)     Preparation of a motion for an enlargement of time; and
(f)     Preparation for and attendance at a hearing on Pacific's second motion to dismiss.

5.      Undersigned counsel and other attorneys and paralegals in the Firm have recorded time totaling $21,186.00 in fees for performing the above legal services, based upon the attached invoices. Pacific has been billed for, and timely paid, all such invoices.

6.      In addition, the costs listed on the attached invoices, totaling $190.03 were incurred as part of the Firm's defense of the Wolf Action, in connection with photocopying of documents and court reporter appearance fees.

FURTHER AFFIANT SAYETH NAUGHT.

MARK F. RAYMOND, P.A.

By:     Mark F. Raymond, Esq.

Its:    President

SWORN TO AND SUBSCRIBED before me this 24 day of August, 2009 by Mark F. Raymond, Esq., as President of Mark F. Raymond, P.A. who is ( ✓ ) personally known to me or ( ) has produced _____ as identification.

_____
(Signature of Notary Public)

Vivian Consuegra
_____
(Name of Notary Public)

_____
(Commission)

VIVIAN CONSUEGRA
MY COMMISSION # DD 698423
EXPIRES: August 16, 2011
Bonded Thru Notary Public Underwriters



One Biscayne Tower
21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

December 4, 2008
Invoice No.: 743171

## STATEMENT OF ACCOUNT

Matter Name:  V. Carl Wolf
Client/Matter No:  41551.0004
Billing Attorney:  Mark F. Raymond, PA

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments Received | |
| Subtotal of Previous Balance | $0.00 |
| Professional Charges (detail attached) | $4,502.50 |
| Expenses (detail attached) | 9.70 |
| Subtotal of Current Charges | $4,512.20 |
| **TOTAL BALANCE DUE (Previous and current balance)** | **$4,512.20** |

# BROAD AND CASSEL
## ATTORNEYS AT LAW

Re: Pacific National Bank
V. Carl Wolf
41551.0004

---

## ITEMIZED PROFESSIONAL CHARGES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/31/2008 | MFR | | | |
| 11/03/2008 | J-G | | | |
| 11/03/2008 | MFR | | | |
| 11/04/2008 | J-G | | | |
| 11/04/2008 | MFR | Email from Ralph Fernandez concerning Carl Wolf Complaint ... Detailed email to Gary regarding same. | 0.40 | $190.00 |
| 11/06/2008 | J-G | | | |
| 11/07/2008 | J-G | | | |
| 11/07/2008 | MFR | | | |
| 11/10/2008 | J-G | Review and analyze amended complaint; prepare elements of motion to dismiss; review and analyze motion to file under seal. | 2.80 [.30] | $672.00 |
| 11/12/2008 | J-G | Review and analyze additional allegations in amended complaint; research additional authority in light of new allegations. | 1.10 [.50] | $264.00 |
| 11/13/2008 | J-G | | | |
| 11/14/2008 | J-G | | | |

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
   V. Carl Wolf
   41551.0004

| | | |
|---|---|---|
| 11/19/2008 | J-G | |
| 11/21/2008 | J-G | |

**TOTAL PROFESSIONAL CHARGES** ......................... __$4,502.50__

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MFR | Mark F. Raymond, PA | 1.90 hrs @ | $475.00 | per hour | $902.50 |
| J-G | Jeffery Geldens | 15.00 hrs @ | $240.00 | per hour | $3,600.00 |

**TIMEKEEPER TOTAL** ................................................. __$4,502.50__

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
   V. Carl Wolf
   41551.0004

## ITEMIZED EXPENSES

| 11/19/2008 | In House Messenger | $6.00 |
| | Telecopy Charges | $2.50 |
| | Photocopies | $1.20 |
| | **TOTAL EXPENSES** ...................................................... | **$9.70** |



One Biscayne Tower
21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

January 26, 2009
Invoice No.: 746879

## STATEMENT OF ACCOUNT

Matter Name:  V. Carl Wolf
Client/Matter No: 41551.0004
Billing Attorney:  Mark F. Raymond, PA

| | |
|---|---:|
| Previous Balance | $4,512.20 |
| Payments Received | (4,512.20) |
| Subtotal of Previous Balance | $0.00 |
| Professional Charges (detail attached) | $11,537.00 |
| Expenses (detail attached) | 315.91 |
| Subtotal of Current Charges | $11,852.91 |
| **TOTAL BALANCE DUE (Previous and current balance)** | **$11,852.91** |

# BROAD AND CASSEL
### ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

Page 3

## ITEMIZED PROFESSIONAL CHARGES

| | | | | |
|---|---|---|---|---|
| 11/19/2008 | MFR | | 0.30 | $142.50 |
| 11/24/2008 | J-G | | 1.80 | $432.00 |
| 11/29/2008 | J-G | | 0.20 | $48.00 |
| 12/02/2008 | J-G | | 5.50 | $1,320.00 |
| 12/03/2008 | J-G | | 5.90 | $1,416.00 |
| 12/03/2008 | MFR | | 0.70 | $332.50 |
| 12/03/2008 | PMB | | 3.80 | $1,330.00 |
| 12/04/2008 | J-G | | 2.60 | $624.00 |
| 12/04/2008 | MFR | Teleconference with Ralph Fernandez and Jeff Geldens to review Ralph's comments. After receiving comments, revised the Motion to Dismiss; received additional documents related to the issue of indemnification and after analysis of same with Patti Baloyra and Jeff Geldens, finalized the Motion to Dismiss and served same. | 0.80 | $380.00 |
| 12/04/2008 | PMB | | | |
| 12/05/2008 | MFR | | | |
| 12/06/2008 | MFR | | | |
| 12/10/2008 | J-G | Initial review of request for production of documents; initial review of request for admissions; initial review of interrogatories. | 0.20 | $48.00 |

Re: Pacific National Bank                                                Page 4
    V. Carl Wolf
    41551.0004

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/2008 | MFR | | | |
| 12/12/2008 | J-G | Review and analyze issues raised by correspondence from opposing counsel requesting depositions of bank employees. | 0.10 | $24.00 |
| 12/16/2008 | MFR | Emails with Gary Costales concerning Plaintiff's Motion to seal the original complaint, objected to same. | 0.30 | $142.50 |
| 12/17/2008 | J-G | Review correspondence from opposing counsel regarding amended complaint. | 0.10 | $24.00 |
| 12/18/2008 | J-G | 1: | 0.20 | $48.00 |
| 12/18/2008 | MFR | Emails with Ralph Fernandez regarding strategy. Meeting with Jeff Geldens concerning work to be done in the short term and also his responding to correspondence received today for counsel from Wolf wishing to set down 7 depositions; requested that he move to stay discovery pending written discovery and production of documents by Wolf. | 0.40 | $190.00 |
| 12/19/2008 | J-G | | | $120.00 |
| 12/22/2008 | J-G | | 6.70 | $1,608.00 |

[3.20]

; review and analyze Plaintiff's requests for admission; review and analyze plaintiff's request for documents; review and analyze plaintiff's interrogatories; analyze potential objections and bases for protection from the Court for certain of the 67 document requests and interrogatories served by Plaintiff; review authority relevant to permissible scope of discovery.

| 12/22/2008 | PMB | | | |
| 12/23/2008 | J-G | Review and analyze discovery requests; research regarding scope of permissible discovery; prepare meet and confer letter to opposing counsel | 4.10 | $984.00 |

Re: Pacific National Bank                                                    Page 5
    V. Carl Wolf
    41551.0004

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding discovery issues; review proposed discovery to be served. |  |  |
| 12/24/2008 | J-G | Research regarding permissible scope of discovery pending a motion to dismiss; : | 1.90 [0.50] | $456.00 |

**TOTAL PROFESSIONAL CHARGES** ........................ <u>**$11,537.00**</u>

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MFR | Mark F. Raymond, PA | 4.00 hrs @ | $475.00 | per hour | $1,900.00 |
| PMB | Patricia M. Baloyra | 7.10 hrs @ | $350.00 | per hour | $2,485.00 |
| J-G | Jeffery Geldens | 29.80 hrs @ | $240.00 | per hour | $7,152.00 |

**TIMEKEEPER TOTAL** ................................................... <u>**$11,537.00**</u>

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
 V. Carl Wolf
 41551.0004

Page 6

## ITEMIZED EXPENSES

| 11/03/2008 | | |
|---|---|---|
| 11/13/2008 | | |
| 12/12/2008 | | |
| 12/12/2008 | | |
| 12/24/2008 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $35.94 |
| | Postage | $0.59 |
| | Telecopy Charges | $8.50 |
| | Photocopies | $8.40 |

**TOTAL EXPENSES** ....................................................... **$315.91**



BROAD AND CASSEL

ATTORNEYS AT LAW

One Biscayne Tower
21ˢᵗ Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

February 23, 2009
Invoice No.: 749788

## STATEMENT OF ACCOUNT

Matter Name: V. Carl Wolf
Client/Matter No: 41551.0004
Billing Attorney: Mark F. Raymond, PA

| | |
|---|---:|
| Previous Balance | $11,852.91 |
| Payments Received | (11,852.91) |
| Subtotal of Previous Balance | $0.00 |

| | | |
|---|---:|---:|
| Professional Charges (detail attached) | $4,334.50 | |
| Expenses (detail attached) | 14.72 | |
| Subtotal of Current Charges | | $4,349.22 |

**TOTAL BALANCE DUE (Previous and current balance)**   $4,349.22

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

## ITEMIZED PROFESSIONAL CHARGES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/2009 | J-G | | | |
| 01/06/2009 | J-G | | | |
| 01/06/2009 | MFR | | | |
| 01/07/2009 | J-G | | | |
| 01/07/2009 | MFR | Detailed letter to Gary Costales concerning Wolf's burdensome discovery requests and proposing a compromise, pursuant to the Circuit Court rules to meet and confer. (.4) Conference with Jeff Geldens regarding same. (.2) | 0.60 | $285.00 |
| 01/08/2009 | J-G | Prepare for and attend meeting with client at bank's office; review relevant materials and prepare motion to extend time to respond to discovery; analyze additional issues relevant to case status; prepare correspondence to client summarizing recent filings and proposed discovery. | 4.60 | $1,104.00 |
| 01/08/2009 | MFR | | | |
| 01/21/2009 | MFR | | | |
| 01/22/2009 | J-G | | | |

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/2009 | J-G | Apprise M. Raymond of case progress and coordinate issues relevant to hearing before Judge Zabel on discovery extension; prepare correspondence to opposing counsel regarding discovery extension motion. | 0.80 | $192.00 |
| 01/26/2009 | PMB | | | |
| 01/27/2009 | J-G | | | |
| 01/27/2009 | MFR | Discussions with Jeff Geldens concerning getting a special set hearing for our Motion to Dismiss. Also discussed issues related to the overburdensome Request for Production and Interrogatories with Jeff. | 0.40 | $190.00 |
| 01/29/2009 | J-G | | | |
| 01/30/2009 | J-G | | | |
| 01/30/2009 | MFR | | | |

**TOTAL PROFESSIONAL CHARGES** ...................... $4,334.50

## TIMEKEEPER SUMMARY

| | | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| MFR | Mark F. Raymond, PA | 3.70 | hrs @ | $475.00 | per hour | $1,757.50 |
| PMB | Patricia M. Baloyra | .30 | hrs @ | $350.00 | per hour | $105.00 |
| J-G | Jeffery Geldens | 10.30 | hrs @ | $240.00 | per hour | $2,472.00 |

**TIMEKEEPER TOTAL** ................................. $4,334.50

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

Page 5

## ITEMIZED EXPENSES

| | |
|---|---|
| Telecopy Charges | $8.00 |
| Photocopies | $6.72 |
| **TOTAL EXPENSES** ..................................................... | **$14.72** |



**BROAD AND CASSEL**

ATTORNEYS AT LAW

One Biscayne Tower
21ˢᵗ Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

March 25, 2009
Invoice No.: 753050

## STATEMENT OF ACCOUNT

Matter Name: V. Carl Wolf
Client/Matter No: 41551.0004
Billing Attorney: Mark F. Raymond, PA

| | | |
|---|---|---|
| Previous Balance | | $4,349.22 |
| Payments Received | | (4,349.22) |
| Subtotal of Previous Balance | | $0.00 |
| | | |
| Professional Charges (detail attached) | $10,883.50 | |
| Expenses (detail attached) | 218.21 | |
| Subtotal of Current Charges | | $11,101.71 |
| | | |
| **TOTAL BALANCE DUE (Previous and current balance)** | | **$11,101.71** |

Re: Pacific National Bank
V. Carl Wolf
41551.0004

## ITEMIZED PROFESSIONAL CHARGES

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2009 | J-G | Review and analyze response from P. Hernandez regarding discovery of regulatory records; research cases protecting such records from discovery; prepare objections to discovery requests seeking such documents; prepare response to requests for admission; prepare response to remaining requests for production; prepare response to interrogatories; prepare for meeting with client regarding case progress and upcoming hearing. | 7.60 | $1,824.00 |
| 02/04/2009 | J-G | | | |
| 02/04/2009 | JMJ | | | |
| 02/04/2009 | P-A | | | |
| 02/05/2009 | J-G | Analyze discovery issues; review documents relevant to merits of dispute; prepare for motion to dismiss hearing. | 1.80 | $432.00 |
| 02/05/2009 | PMB | | | |
| 02/06/2009 | J-G | | | |
| 02/06/2009 | P-A | Meet with counsel regarding documents responsive to Carl Wolf's document request;Commence organization and labeling of privileged material; Assist with additional hearing preparation on our motion to dismiss. | 2.20 | $352.00 |
| 02/06/2009 | PMB | | | |

# BROAD and CASSEL

ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

Page 4

| Date | Code | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/07/2009 | J-G | Analyze arguments made in Plaintiff's opposition brief; research additional authority relevant to arguments in support of dismissal. | 3.50 | $840.00 |
| 02/08/2009 | DSN | Office conferences with Jeffrey Geldens regarding presentation to be given to Judge on Motion to Dismiss. | 0.70 | $276.50 |
| 02/08/2009 | J-G | Prepare for hearing on motion to dismiss, including review and analysis of complaint allegations, review of authority plaintiff cited, and formulation of arguments in support of dismissal. | 4.10 | $984.00 |
| 02/09/2009 | J-G | Prepare for and argue hearing on motion to dismiss amended complaint. | 2.00 | $480.00 |
| 02/09/2009 | MFR | | | |
| 02/09/2009 | P-A | | | |
| 02/09/2009 | PMB | | | |
| 02/10/2009 | J-G | Prepare summary of hearing on motion to dismiss and analyze case progress for client. | 0.30 | $72.00 |
| 02/23/2009 | J-G | | | |
| 02/24/2009 | J-G | | | |
| 02/27/2009 | J-G | | | $24.00 |

**TOTAL PROFESSIONAL CHARGES** ......................... **$10,883.50**

## TIMEKEEPER SUMMARY

BOCA RATON • FT. LAUDERDALE • MIAMI • ORLANDO • TALLAHASSEE • TAMPA • WEST PALM BEACH

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

Page 5

| | | | | | | |
|------|----------------------|---------|-------|----------|----------|-----------|
| MFR | Mark F. Raymond, PA | 2.30 | hrs @ | $475.00 | per hour | $1,092.50 |
| DSN | Daniel S. Newman, PA | .70 | hrs @ | $395.00 | per hour | $276.50 |
| PMB | Patricia M. Baloyra | 1.30 | hrs @ | $350.00 | per hour | $455.00 |
| JMJ | Jennifer M. Jimenez | .50 | hrs @ | $215.00 | per hour | $107.50 |
| J-G | Jeffery Geldens | 32.50 | hrs @ | $240.00 | per hour | $7,800.00 |
| P-A | Patricia Anzalone | 7.20 | hrs @ | $160.00 | per hour | $1,152.00 |

**TIMEKEEPER TOTAL**...............................................  **$10,883.50**

# BROAD AND CASSEL
### ATTORNEYS AT LAW

Re: Pacific National Bank
   V. Carl Wolf
   41551.0004

Page 6

## ITEMIZED EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/03/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $66.65 |
| 02/04/2009 | Lexis USER DEFINED 1: 8BSRHPT USER DEFINED 2: ANZALONE, TRISH | $62.53 |
| | Telecopy Charges | $2.50 |
| | Photocopies | $86.53 |
| | **TOTAL EXPENSES** ...................................................... | **$218.21** |



# BROAD AND CASSEL

### ATTORNEYS AT LAW

One Biscayne Tower
21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

April 20, 2009
Invoice No.: 755938

## STATEMENT OF ACCOUNT

Matter Name: V. Carl Wolf
Client/Matter No: 41551.0004
Billing Attorney: Mark F. Raymond, PA

| | | |
|---|---:|---:|
| Previous Balance | | $11,101.71 |
| Payments Received | | (11,101.71) |
| Subtotal of Previous Balance | | $0.00 |
| | | |
| Professional Charges (detail attached) | $15,620.00 | |
| Expenses (detail attached) | 1,082.47 | |
| Subtotal of Current Charges | | $16,702.47 |
| | | |
| **TOTAL BALANCE DUE (Previous and current balance)** | | **$16,702.47** |

# BROAD AND CASSEL
## ATTORNEYS AT LAW

Re: Pacific National Bank                                          Page 3
      V. Carl Wolf
      41551.0004

## ITEMIZED PROFESSIONAL CHARGES

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2009 | J-G | | | |
| 03/02/2009 | MFR | | | |
| 03/05/2009 | J-G | Review and analyze second amended complaint, including attached exhibits; research regarding "law, rule or regulation" issue in light of modified allegations. | 2.60 | $624.00 |
| 03/05/2009 | MFR | | | |
| 03/06/2009 | J-G | | | |
| 03/06/2009 | MFR | | | |
| 03/09/2009 | J-G | | | |
| 03/10/2009 | J-G | Analyze issues relevant to claims asserted in amended complaint and review documents provided by client; research authority relevant to motion to dismiss. | 2.80 | $672.00 |
| 03/11/2009 | J-G | | | |
| 03/12/2009 | J-G | | | |
| 03/13/2009 | J-G | | | |
| 03/16/2009 | J-G | | | |

# BROAD AND CASSEL
## ATTORNEYS AT LAW

Re: Pacific National Bank                                                         Page 4
    V. Carl Wolf
    41551.0004

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/2009 | J-G | | | |
| 03/18/2009 | J-G | | | |
| 03/19/2009 | J-G | Analyze issues relevant to preparation for board meeting and updating client on lawsuit; attend meeting with board and provide update on lawsuit, including r                  additional analysis relevant to issues raised by board's questions. | 3.10 | $744.00 |
| 03/19/2009 | TJR | | | |
| 03/20/2009 | J-G | | | |
| 03/22/2009 | J-G | | | |
| 03/23/2009 | J-G | Prepare motion to dismiss amended complaint. | 1.80 | $432.00 |
| 03/24/2009 | J-G | Analyze ICRA argument in second amended complaint; prepare motion to dismiss; review and analyze relevant OCC regulations in connection with refuting Wolf's allegations that certain bank practices were violative of a "law, rule, or regulation." | 3.40 | $816.00 |
| 03/25/2009 | J-G | Review and analyze banking regulations cited by Wolf; review and analyze authority regarding use of SARs in civil lawsuits; review and analyze authority rejecting whistleblower claims; review and analyze pertinent portions of amended complaint; prepare motion to dismiss in light of analysis of relevant issues. | 8.40 | $2,016.00 |
| 03/25/2009 | TJR | Conferences with Mr. Geldens regarding response to most recent version of complaint. Review prior memoranda regarding suspicious activity reports. | 0.50 | $160.00 |
| 03/26/2009 | J-G | Research underlying bases for alleged violations of a "law, rule, or regulation"; prepare motion to dismiss second amended complaint. | 8.40 | $2,016.00 |
| 03/26/2009 | MFR | | | |

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank          Page 5
     V. Carl Wolf
     41551.0004

| Date | TK | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/26/2009 | PMB | | | |
| 03/26/2009 | TJR | | | |
| 03/27/2009 | J-G | Review and analyze authority on "single entity" allegations; review and analyze specific allegations in second amended complaint; finalize motion to dismiss second amended complaint. | 5.90 | $1,416.00 |
| 03/27/2009 | PMB | | | |
| 03/27/2009 | TJR | | | |
| 03/30/2009 | MFR | | | |

**TOTAL PROFESSIONAL CHARGES** ............................ $15,620.00

## TIMEKEEPER SUMMARY

| | | | | | | |
|------|------------------|-------|-------|----------|----------|-----------|
| MFR | Mark F. Raymond, PA | 1.60 | hrs @ | $475.00 | per hour | $760.00 |
| PMB | Patricia M. Baloyra | 2.00 | hrs @ | $350.00 | per hour | $700.00 |
| TJR | Thomas J. Rebull | 5.40 | hrs @ | $320.00 | per hour | $1,728.00 |
| J-G | Jeffery Geldens | 51.80 | hrs @ | $240.00 | per hour | $12,432.00 |

**TIMEKEEPER TOTAL** ................................................. **$15,620.00**

BOCA RATON · FT. LAUDERDALE · MIAMI · ORLANDO · TALLAHASSEE · TAMPA · WEST PALM BEACH

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank                                     Page 6
      V. Carl Wolf
      41551.0004

## ITEMIZED EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/09/2009 | Court Reporter, Invoice no.FL124105 - VENDOR:Veritext Florida Reporting Co. | $103.50 |
| 03/05/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $215.96 |
| 03/10/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $59.30 |
| 03/13/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $82.43 |
| 03/16/2009 | Westlaw USER DEFINED 1: 5983692 USER DEFINED 2: GELDENS,JEFFREY | $4.34 |
| 03/23/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $114.61 |
| 03/24/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $248.46 |
| 03/25/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $62.79 |
| 03/26/2009 | Lexis USER DEFINED 1: P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $178.33 |
| | Photocopies | $12.75 |

**TOTAL EXPENSES** ..................................................... __**$1,082.47**__



One Biscayne Tower
21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

BROAD AND CASSEL

ATTORNEYS AT LAW

Pacific National Bank
Attn: Ralph A. Fernandez, President & CFO
1390 Brickell Avenue, Suite 500
Miami, FL 33131

May 19, 2009
Invoice No.:  758728

## STATEMENT OF ACCOUNT

Matter Name:  V. Carl Wolf
Client/Matter No: 41551.0004
Billing Attorney:  Mark F. Raymond, PA

| | |
|---|---:|
| Previous Balance | $16,702.47 |
| Payments Received | (16,702.47) |
| Subtotal of Previous Balance | $0.00 |

| | | |
|---|---:|---:|
| Professional Charges (detail attached) | $24.00 | |
| Expenses (detail attached) | 18.81 | |
| Subtotal of Current Charges | | $42.81 |

**TOTAL BALANCE DUE (Previous and current balance)**     **$42.81**

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

## ITEMIZED PROFESSIONAL CHARGES

| 04/06/2009 | J-G | Prepare correspondence to client. | 0.10 | $24.00 |
|---|---|---|---|---|

**TOTAL PROFESSIONAL CHARGES** ......................... **$24.00**

## TIMEKEEPER SUMMARY

| J-G | Jeffery Geldens | .10 hrs @ | $240.00 | per hour | $24.00 |
|---|---|---|---|---|---|

**TIMEKEEPER TOTAL** ................................................ **$24.00**

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

Page 4

## ITEMIZED EXPENSES

| | |
|---|---:|
| Telecopy Charges | $3.00 |
| Photocopies | $15.81 |
| **TOTAL EXPENSES** ...................................................... | **$18.81** |



One Biscayne Tower
21ˢᵗ Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Federal Tax Id: 59-0630785
www.broadandcassel.com

Pacific National Bank                                    June 9, 2009
Attn: Ralph A. Fernandez, President & CFO      Invoice No.: 760409
1390 Brickell Avenue, Suite 500
Miami, FL 33131

## STATEMENT OF ACCOUNT

Matter Name:  V. Carl Wolf
Client/Matter No:  41551.0004
Billing Attorney:  Mark F. Raymond, PA

| | |
|---|---:|
| Previous Balance | $42.81 |
| Payments Received | (42.81) |
| Subtotal of Previous Balance | $0.00 |

| | | |
|---|---:|---:|
| Professional Charges (detail attached) | $7,022.00 | |
| Expenses (detail attached) | 220.93 | |
| Subtotal of Current Charges | | $7,242.93 |
| **TOTAL BALANCE DUE (Previous and current balance)** | | **$7,242.93** |

# BROAD AND CASSEL
ATTORNEYS AT LAW

## ITEMIZED PROFESSIONAL CHARGES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2009 | J-G | | 0.10 | $24.00 |
| 05/04/2009 | J-G | | 0.50 | $120.00 |
| 05/04/2009 | J-R | Retrieved case law and other authorities for preparation of hearing binder for Judge | 1.70 | $263.50 |
| 05/05/2009 | J-G | Analyze issues relevant to hearing preparation, and review authority; prepare correspondence to the Court and opposing counsel. | 1.90 | $456.00 |
| 05/05/2009 | J-R | Prepared case authorities and other materials for hearing binder for the Judge for hearing on motion to dismiss; Shepardized case law; Drafted letter to the Judge enclosing courtesy copy of hearing binder with authorities for hearing on motion to dismiss. | 3.50 | $542.50 |
| 05/05/2009 | TJR | Several conferences with Mr. Geldens regarding preparation for upcoming hearing on motion to dismiss. | 0.30 | $96.00 |
| 05/07/2009 | J-G | Prepare for hearing on motion to dismiss; analyze issues raised by notice of voluntary dismissal received hours before hearing on motion to dismiss; prepare summary correspondence to client; telephone conference with R. Fernandez providing information relevant to initial analysis of further course; prepare summary to litigation team regarding client's request for litigation assessment. | 3.30 | $792.00 |
| 05/11/2009 | J-G | | | |
| 05/15/2009 | J-G | | | |
| 05/15/2009 | MFR | Received and reviewed the Federal Court Complaint filed by Carl Wolfe, and then discussed strategy with Jeff Geldens as it relates to the notification to the Board of Directors, notice to the carrier, and how we will handle the Motion to Dismiss before Federal Judge Moreno in light of the fact that this is blatant form shopping by Carl Wolfe. We talked about i      . arguments to be | 0.40 | $190.00 |

Re: Pacific National Bank
    V. Carl Wolf
    41551.0004

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2009 | PMB | | | |
| 05/17/2009 | J-G | Analyze federal complaint; review rules and authority relevant to claims made. | 1.30 | $312.00 |
| 05/18/2009 | J-G | | | |
| 05/18/2009 | PMB | | | |
| 05/19/2009 | J-G | | | |
| 05/19/2009 | PMB | | | |
| 05/20/2009 | J-G | | | |
| 05/21/2009 | J-G | | | |
| 05/27/2009 | GEL | | | |
| 05/27/2009 | J-G | | | |
| 05/28/2009 | J-G | | | |
| 05/29/2009 | J-G | | | |
| 05/30/2009 | J-G | | | |

**TOTAL PROFESSIONAL CHARGES** ... ...................... __$7,022.00__

# BROAD AND CASSEL
## ATTORNEYS AT LAW

## TIMEKEEPER SUMMARY

| | | | | | | |
|------|-------------------|-------|-------|-----------|-----------|-----------|
| MFR | Mark F. Raymond, PA | .40 | hrs @ | $475.00 | per hour | $190.00 |
| GEL | Gary E. Lehman | 1.50 | hrs @ | $440.00 | per hour | $660.00 |
| PMB | Patricia M. Baloyra | 1.00 | hrs @ | $350.00 | per hour | $350.00 |
| TJR | Thomas J. Rebull | .30 | hrs @ | $320.00 | per hour | $96.00 |
| J-G | Jeffery Geldens | 20.50 | hrs @ | $240.00 | per hour | $4,920.00 |
| J-R | Junelle Rodriguez | 5.20 | hrs @ | $155.00 | per hour | $806.00 |

**TIMEKEEPER TOTAL**................................................. **$7,022.00**

# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: Pacific National Bank
   V. Carl Wolf
   41551.0004

Page 6

## ITEMIZED EXPENSES

| Date | Description | Amount |
|---|---|---|
| 05/07/2009 | Lexis USER DEFINED 1:  P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $26.32 |
| 05/18/2009 | Lexis USER DEFINED 1:  P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $106.42 |
| 05/29/2009 | Lexis USER DEFINED 1:  P4QJMNU USER DEFINED 2: GELDENS, JEFFREY | $52.66 |
|  | Photocopies | $35.53 |

**TOTAL EXPENSES** ........................................................ **$220.93**