UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21531-CIV-MORENO

CARL WOLF,

      Plaintiff,

vs.

PACIFIC NATIONAL BANK, N.A.,

      Defendant.
_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDERING THE PAYMENT OF $5,332 IN ATTORNEY FEES AS AN ELEMENT OF COSTS UNDER RULE 41(d)

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Defendant's motion for attorney fees as an element of costs under Rule 41(d) **(D.E. No. 8 and D.E. No. 22)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 30)**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. Magistrate Judge Torres found that, pursuant to Rule 41(d), Plaintiff is required to pay Defendant $5,332 in attorney fees and $190 in costs.

Plaintiff makes two objections. First, Plaintiff claims that Magistrate Judge Torres's finding that Plaintiff is required to pay attorney fees under Rule 41(d) is wrong because it is based upon the "faulty" reasoning employed in *The Cadle Company v. Beury*, 242 F.R.D. 695 (S.D. Ga. 2007). But without addressing the soundness of the *Beury* court's reasoning, it is obvious that Plaintiff is wrong because Magistrate Judge Torres's findings do not rely upon the *Beury* court's reasoning. Magistrate

Judge Torres's findings rely upon the Seventh Circuit's reasoning in *Esposito v. Piatrowski*, 223 F.3d 497, 501 (7th Cir. 2000), which the *Beury* court expressly declined to follow. This objection is therefore overruled. Plaintiff's second objection claims that Plaintiff has already paid Defendant $190 in costs. This objection is sustained. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 30)** on is **AFFIRMED** and **ADOPTED in part**. It is further **ADJUDGED** that:

(1)     Plaintiff shall pay Defendant $5,332 in attorney fees as an element of costs under Rule 41(d) no later than **May 14, 2010**. Plaintiff shall contemporaneously file a notice certifying payment.

(2)     If Plaintiff fails to comply, this action shall be dismissed.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of April, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record