UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-21531-MORENO/TORRES

CARL WOLF,

    Plaintiff,

vs.

PACIFIC NATIONAL BANK N.A.,
d/b/a Pacific National Bank,

    Defendant.
_____/

### PLAINTIFF'S NOTICE CERTIFYING PAYMENT OF ATTORNEY'S FEES AND COSTS PURSUANT TO D.E. # 31 AND REQUEST TO RESTORE CASE TO THE ACTIVE DOCKET

Plaintiff, CARL WOLF (hereinafter "Wolf" or "Plaintiff"), by and through the undersigned counsel, hereby files the above-referenced Notice and states as follows:

1.    Plaintiff has hand-delivered a check in the amount of $5,332 as payment for attorney's fees pursuant to the Court's Order dated April 12, 2010. (D.E. # 31). [1] That check was delivered to Defendant's counsel today, April 28, 2010.

2.    On August 11, 2009, the Court had ordered that this case be closed for statistical purposes and placed in the civil suspense file. (D.E. # 19). The Court also stated that the instant case would be reopened once Plaintiff has paid Defendant's costs in this matter. *Id.*

3.    Plaintiff requests that the Court restore this case to the active docket.

---

[1]    Plaintiff paid Defendant's costs of $190.03 in September 2009. (D.E. # 21).

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales, Esq.
Florida Bar No. 0948829

GARY A. COSTALES, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
(305) 375-9510
(305) 375-9511 (facsimile)
gary@youremploymentattorney.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on April 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

### *Wolf v. Pacific National Bank*
Case No. 09-21531-COOKE/BANDSTRA
United States District Court, Southern District of Florida

Gary A. Costales, Esq.
gary@youremploymentattorney.com

GARY A. COSTALES, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
(305) 375-9510
(305) 375-9511 (facsimile)
Attorney for Plaintiff
Carl Wolf
Notice of Electronic Filing

Jeffrey R. Geldens, Esq.
jgeldens@broadandcassel.com

BROAD AND CASSEL
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131

(305) 373-9400

(305) 373-9443 (facsimile)

Attorney for Defendant

Pacific National Bank

Notice of Electronic Filing