UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21531-CIV-MORENO

CARL WOLF,

   Plaintiff,

vs.

PACIFIC NATIONAL BANK, N.A.,

   Defendant.
_____/

## ORDER RESTORING CASE TO ACTIVE DOCKET AND ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PRETRIAL PROCEEDINGS

THIS CAUSE came before the court upon Plaintiff's Certification of Payment of Attorney Fees and Costs. It is

ADJUDGED that this Cause is restored to the active docket. It is further

ADJUDGED that, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the United States District Court for the Southern District of Florida, the above-captioned action is referred to **United States Magistrate Judge Edwin G. Torres** to take all necessary and proper action as required by law, **with respect to any and all pretrial matters**. Pursuant to Magistrate Judge Rule 1(C), the Magistrate Judge need not submit a Report and Recommendation to this Court for disposition of non-dispositive motions which have been referred.

Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of the assigned Magistrate Judge Edwin

G. Torres.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of May, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge Edwin G. Torres

Counsel of Record